**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STRUCTURAL IRON WORKERS LOCAL UNION NO. 1 PENSION TRUST FUND, | ) ) ) | NO.: 1:24-cv-07597 |
| Plaintiff, | ) ) | JUDGE: CHANG |
| v. | ) ) | MAG. JUDGE: WEISMAN |
| ALL J STEEL, INC., an Illinois Corporation, and JAMEEL LUNSFORD, an individual, | ) ) ) ) | |
| Defendant, | ) | |

**FULL SATISFACTION OF JUDGMENT**

Plaintiff, the STRUCTURAL IRON WORKERS LOCAL UNION NO. 1 PENSION TRUST FUND, by and through its attorneys, Johnson & Krol, LLC, hereby files this Satisfaction of Judgment as to Defendants/Judgment Debtors ALL J STEEL, INC. and JAMEEL LUNSFORD and states as follows:

1. On November 21, 2024, this Honorable Court entered Judgment in favor of Plaintiff and against Defendants ALL J STEEL, INC. and JAMEEL LUNSFORD in the aggregate amount of $27,792.93. (Docket No. 26).

2. Plaintiff has since received payment from Defendants ALL J STEEL, INC. and JAMEEL LUNSFORD and Plaintiff has acknowledged receipt of payment as full and final settlement of the Judgment.

NOW, THEREFORE, full and complete satisfaction of Judgment is hereby acknowledged by Plaintiff as to Defendants ALL J STEEL, INC. and JAMEEL LUNSFORD.

Respectfully submitted,

/s/ Edward P. Barry - 6348821
One of Plaintiff's Attorneys
Edward P. Barry
**JOHNSON & KROL, LLC**
311 South Wacker Drive, Suite 1050
Chicago, Illinois 60606
(312) 788-2917
barry@johnsonkrol.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on today's date, Tuesday, September 23, 2025, he served a copy of the foregoing Satisfaction of Judgment on all parties via operation of the Court's CM/ECF electronic filing system.

                                          /s/ Edward P. Barry - 6348821
                                          One of Plaintiff's Attorneys